IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES A. PALUCH, JR.,** | : | **CIVIL NO. 1:CV-06-01751** |
| | : | |
| **Plaintiff** | : | **(Judge Rambo)** |
| | : | |
| v. | : | |
| | : | |
| **DAWSON, et al.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

By memorandum and order dated July 17, 2008, the court, *inter alia*, directed Defendants to provide to the court for *in camera* review the confidential procedure manuals referenced in certain requests from Plaintiff's Second and Fourth Requests for Production of Documents. (*See* Doc. 212 at 32-33.) The court had concluded that an *in camera* review of the requested manuals was necessary in order determine if any portions of the documentation could be redacted for use by Plaintiff. In accordance with the July 17, 2008 order, Defendants provided the court with copies of the requested procedure manuals via hand delivery on July 25, 2008.

Following its review of the requested procedure manuals, the court has made the following determinations. The release of the procedure manuals to Department of Corrections' ("DOC") policies 6.3.1, 6.5.1, 6.7.1, 6.7.9, and 11.2.1 would compromise the safety and security of DOC institutions. Thus, copies of

these confidential procedure manuals will not be turned over to Plaintiff's counsel for inspection.

Further, the court has determined that release of information in the procedure manual to DOC policy 6.5.3, "Single Celling (Z-Code) and Double Celling," to Plaintiff's counsel will not compromise the safety and security of DOC institutions. A copy of this procedure manual shall be released to Plaintiff's counsel for his review only. Plaintiff himself shall not be provided with a copy of the procedure manual. However, within ten (10) days of the date of this order, Defendants may submit a response explaining why the procedure manual to this DOC policy should not be turned over to Plaintiff's counsel for his inspection.

ACCORDINGLY, this 31st day of July, 2008, it is hereby ORDERED that Defendants may submit a response to this order in the manner prescribed herein on or before August 13, 2008. Should Defendants not object to the release of the procedure manual to DOC policy 6.5.3 to Plaintiff's counsel, a copy must be provided to Plaintiff's counsel on or before August 13, 2008, with separate correspondence to the court indicating that transmittal.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge